IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
(WESTERN DIVISION)

The Kroger Co.,                                        Case No: 1:16-cv-00693 (MRB)

        Plaintiff,

vs.

Visa Inc.,

        Defendant.
_____/

**NOTICE OF FILING PUBLIC VERSION**

Plaintiff The Kroger Co. files a public version of the attached Memorandum of Law in Opposition to Defendant Visa Inc.'s Motion to Dismiss, which was filed under seal on September 15, 2016.

Dated:  September 15, 2016                        Respectfully submitted,

                                                           By: _____
                                                               Richard Alan Arnold, Esquire
                                                                William J. Blechman, Esquire
                                                                James Almon, Esquire
                                                                KENNY NACHWALTER, P.A.
                                                                1441 Brickell Avenue
                                                                Suite 1100
                                                                Miami, Florida  33131
                                                                Tel:   (305) 373-1000
                                                                Fax:   (305) 372-1861
                                                                E-mail:  rarnold@knpa.com
                                                                                    wblechman@knpa.com
                                                                                    jalmon@knpa.com

– and –

David S. Blessing (#0078509)
William H. Blessing (#0006848)
THE BLESSING LAW FIRM
119 East Court Street
Suite 500
Cincinnati, Ohio  45202
Tel:   (513) 621-9191
Fax:   (513) 621-7086
E-mail:  david@blessing-attorneys.com
             bill@blessing-attorneys.com

*Counsel for Plaintiff The Kroger Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2016 a true and correct copy of the foregoing was served via the Court's ECF system on counsel of record.

_____
James Almon

549112.1