

Exhibit 1

Case: 1:16-cv-00693-MRB Doc #: 26-2 Filed: 09/15/16 Page: 2 of 4  PAGEID #: 225



# Visa Core Rules and Visa Product and Service Rules



16 April 2016

- To Merchant Outlets on transit passenger vehicles that deploy Contactless-only Acceptance Devices, as specified in Section 5.7.2.3, "Deployment of Contactless-Only Acceptance Devices"
- In the Canada Region, the US Region, and Australia, to certain categories of Visa products for domestically issued Cards

ID# 0008591                                                                                           Edition: Apr 2016 | Last Updated: Apr 2016

### 1.5.4.4   Honor All Cards – Canada Region

In the Canada Region, unless a Merchant has elected to not be a Visa Debit Acceptor, a Merchant that accepts Visa Cards must accept any valid Visa Card that a Cardholder properly presents for payment. This means that the Merchant must permit the Cardholder to choose whether to pay for a transaction with that Visa Card or with some other means of payment accepted by the Merchant.

Canada Merchants that have elected to be a Visa Debit Acceptor may choose whether or not to accept domestic Visa Credit Cards. Similarly, Merchants that have elected to be a Visa Credit Acceptor may choose whether or not to accept Visa Debit Category Cards issued by Canada Issuers.

If a Canada Cardholder presents a Visa Card that bears a Mark representing another payment service, the Merchant may not intentionally mislead the Cardholder concerning what payment service or system will be used. If the Merchant provides any information regarding the customer's rights related to various transaction choices, that information must be accurate.

ID# 0008392                                                                                           Edition: Apr 2016 | Last Updated: Oct 2014

### 1.5.4.5   Honor All Cards – US Region

A US Merchant that wishes to accept Visa Cards must accept any valid Visa Card in its category of acceptance that a Cardholder properly presents for payment. This means that the Merchant must permit the Cardholder to choose whether to pay for a transaction with that Visa Card or with some other means of payment accepted by the Merchant. The Merchant may request or encourage a Cardholder to use a means of payment other than a Visa Card.

ID# 0002867                                                                                           Edition: Apr 2016 | Last Updated: Oct 2014

### 1.5.4.6   Selection of Payment System – US Region

In the US Region, if a Cardholder presents a Visa Card that is in the Merchant's category of acceptance and that bears a Mark representing another payment service:

- The Merchant must honor the Cardholder's request if the Cardholder indicates that the transaction is to be processed as a Visa Transaction.

© 2014—2016 Visa. All Rights Reserved.

| Visa Core Rules |
|---|
| Visa Core Rules |
| Visa Core Rules and Visa Product and Service Rules |

- The Merchant may process the transaction as something other than a Visa Transaction despite an initial indication by the Cardholder that the transaction is to be processed as a Visa Transaction, but only if the Cardholder agrees that the transaction may be processed as something other than a Visa Transaction. The Merchant may not mislead the Cardholder concerning what payment service or system will be used. If the Merchant provides any information regarding the customer's rights related to various transaction choices, that information must be accurate.

ID# 0002868 — Edition: Apr 2016 | Last Updated: Oct 2014

### 1.5.4.7 Limited Acceptance Merchant Requirements – US Region

A US Merchant that accepts Visa Cards may choose Limited Acceptance.

A US Merchant that accepts all Visa Cards or a Limited Acceptance category of Visa Cards must accept any valid Visa Card issued by a non-US Issuer, as specified in the Visa Rules.

ID# 0008680 — Edition: Apr 2016 | Last Updated: Oct 2014

### 1.5.4.8 Limited Acceptance Notification Requirements – US Region

A US Acquirer must register with Visa and provide reporting on any Merchant that elects to be a Limited Acceptance Merchant.

ID# 0005609 — Edition: Apr 2016 | Last Updated: Oct 2014

### 1.5.4.9 Chip Card Acceptance Requirements

The Card and Cardholder must be present for all Chip-initiated Transactions.

If a Chip-initiated Transaction is declined by the Issuer, the Transaction must not be processed by any other means.

ID# 0004845 — Edition: Apr 2016 | Last Updated: Oct 2014

### 1.5.4.10 Visa Mini Card Merchant Acceptance Requirements

A Merchant that accepts Visa Cards must both:

- Attempt to accept a Visa Mini Card
- Request a corresponding standard-sized Card, if available, if either the:
  – Acceptance Device is unable to read the Magnetic Stripe on the Visa Mini Card

© 2014—2016 Visa. All Rights Reserved.