# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **THE KROGER CO.,** | : | |
| | : | Case No. 1:16-CV-00693 |
| Plaintiff, | : | Judge Michael R. Barrett |
| | : | |
| v. | : | |
| | : | |
| **VISA INC.,** | : | |
| | : | |
| Defendant. | : | |

## VISA INC.'S REQUEST FOR ORAL ARGUMENT ON
## ITS MOTION TO DISMISS THE COMPLAINT

Pursuant to Local Rule 7.1.(b)(2), Visa respectfully requests oral argument on its Motion to Dismiss the Complaint (Doc. 17). The motion involves issues related to Plaintiff's declaratory judgment and common law claims. Visa believes that the declaratory judgment issues are clear on the papers, but that the Court would likely benefit from further discussion of the common law issues, including application of the parties' contract to those claims.

October 7, 2016

Respectfully submitted,

*s/ Jean Geoppinger McCoy*

David P. Kamp (OH 0020665)
Jean Geoppinger McCoy (OH 0046881)
WHITE, GETGEY & MEYER CO., L.P.A.
1700 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio 45202
dkamp@wgmlpa.com
jmccoy@wgmlpa.com
(513) 241-3685

>Michael S. Shuster (*Pro Hac Vice*)
>Demian A. Ordway (*Pro Hac Vice*)
>HOLWELL SHUSTER & GOLDBERG LLP
>750 Seventh Avenue, 26th Floor
>New York, New York 10019
>mshuster@hsgllp.com
>(646) 837-5164
>
>Mark R. Merley (*Pro Hac Vice*)
>Michael A. Rubin (*Pro Hac Vice*)
>ARNOLD & PORTER LLP
>601 Massachusetts Avenue, NW
>Washington, DC  20001
>mark.merley@aporter.com
>(202) 942-5000
>
>*Attorneys for Defendant Visa Inc.*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served, via the Court's CM/ECF service, upon:

>David S. Blessing, Esq.
>William H. Blessing, Esq.
>THE BLESSING LAW FIRM
>119 East Court Street, Suite 500
>Cincinnati, Ohio  45202
>david@blessing-attorneys.com
>bill@blessing-attorneys.com
>
>Richard Alan Arnold, Esq.
>William J. Blechman, Esq.
>James Almon, Esq.
>Christina Ceballos-Levy, Esq.
>KENNY NACHWALTER, P.A.
>Four Seasons Tower
>1441 Brickell Avenue, Suite 1100
>Miami, Florida  33131
>rarnold@knpa.com
>wblechman@knpa.com
>jalmon@knpa.com
>ccl@knpa.com
>
>*Counsel for Plaintiff, The Kroger Co.*

2

this 7th day of October, 2016.

                                                       *s/ Jean Geoppinger McCoy*
                                                       _____
                                                       Jean Geoppinger McCoy